UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUZENISE BELTINOR,

        Plaintiff,

v.                                                                                                           Case No:   6:24-cv-1509-JSS-LHP

THE STANDARD FIRE INSURANCE
COMPANY,

        Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** THE STANDARD FIRE INSURANCE COMPANY'S MOTION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT (DE 1) (Doc. No. 14)
>
> **FILED:** September 5, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Before the Court is Defendant's Motion to Dismiss Count II of Plaintiff's Complaint, which motion has been referred to the undersigned.  Doc. No. 14, *see also* Doc. No. 17.  Upon review, however, the motion fails to comply with the

typography requirements of Local Rule 1.08. And more importantly, the motion fails to comply with the conferral requirements of Local Rule 3.01(g). Accordingly, the motion (Doc. No. 14) is **DENIED without prejudice**. Defendant may file a renewed motion within **seven (7) days** of this Order, if appropriate after conferral with Plaintiff. A renewed motion must fully comply with the Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on September 11, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties