#### UNITED STATES DISTRICT COURT
#### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

SUZENISE BELTINOR,

        Plaintiff,

v.                                                                                Case No:   6:24-cv-1509-JSS-LHP

THE STANDARD FIRE INSURANCE
COMPANY,

        Defendant

_____

#### ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   THE STANDARD FIRE INSURANCE COMPANY'S MOTION TO DISMISS COUNTS II AND III OF PLAINTIFF'S AMENDED COMPLAINT (DE 26) (Doc. No. 28)
>
> **FILED:**     October 15, 2024
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Defendant has not supplemented the motion as required by Local Rule 3.01(g)(3).  *See* Local Rule 3.01(g)(3) (providing that if the opposing party is

unavailable for a conference prior to filing a motion, the movant must diligently attempt contact for three days, and upon contact or expiration of the three-day period, the movant must file a supplement to the motion, and that failure to supplement can result in the denial of a motion without prejudice).

**DONE** and **ORDERED** in Orlando, Florida on October 23, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties